UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Carlos Perla, § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action H-18-4626 |
| United Airlines, Inc., and § | |
| International Association of § | |
| Machinists & Aerospace Workers, § | |
| Defendants. § | |

## Order of Adoption

On May 31, 2019, Magistrate Judge Peter Bray entered a memorandum and recommendation (20), recommending that United Airlines's motion to dismiss (6) be granted. No objections were filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed June 24, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge