United States District Court
Southern District of Texas

**ENTERED**
June 24, 2019
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Carlos Perla, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action H-18-4626 |
| United Airlines, Inc., and | § | |
| International Association of | § | |
| Machinists & Aerospace Workers, | § | |
|     Defendants. | § | |

## Final Judgment

United Airlines's motion to dismiss (6) is granted and this case is dismissed with prejudice as to United Airlines.

Signed June 24, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge